Michael D. Warner (TX Bar No. 00792304)
**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, PC**
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Tel:  (817) 810-5250
Fax:  (817) 810-5255
Email: mwarner@coleschotz.com

*Proposed Attorney for the Debtor*
*and Debtor in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| CANYON FALLS LAND | § | CASE NO. |
| PARTNERS, LP, | § | |
| | § | |
| DEBTOR. | § | |

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am an attorney with Cole, Schotz, Meisel, Forman & Leonard, PA ("Cole Schotz"), proposed counsel for the above-named Debtor, and that compensation paid to Cole Schotz within one year before the filing of the petition in bankruptcy, or agreed to be paid to Cole Schotz, for services rendered to or to be rendered on behalf of the Debtor in contemplation of or in connection with the above captioned bankruptcy case is as follows:

    a. For legal services, Cole Schotz has agreed to accept $75,000.00 as a retainer and will bill for services performed in the case on an hourly rate basis.

      b.      Prior to filing of the bankruptcy petition, Cole Schotz drew $13,106.00 from the retainer.

      c.      The remaining retainer is $61,894.00.

2.      The filing fee of $1,039.00 has been paid.

3.      The source of the compensation paid to Cole Schotz was the Debtor.

4.      The source of the compensation to be paid to Cole Schotz is the Debtor.

5.      Cole Schotz has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of Cole Schotz.

6.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case including:

      a.      Analysis of the Debtor's financial situation, and rendering advice to the Debtor in determining whether to file a petition in bankruptcy;

      b.      Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

      c.      Representation of the Debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof; and

      d.      Representation of the Debtor in adversary proceedings and other contested bankruptcy matters.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to Cole, Schotz, Meisel, Forman & Leonard, LLP, for representation of the Debtor in this bankruptcy Case.

Dated: July 2, 2010                    Respectfully submitted,

/s/ Michael D. Warner
Michael D. Warner
(TX State Bar No. 00792304)
**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, PA**
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone:   817.810.5250
Facsimile:    817.810.5255
Email: mwarner@coleschotz.com

PROPOSED COUNSEL FOR THE
DEBTOR AND THE DEBTOR IN
POSSESION